ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
LIANE S. BINOWITZ, ESQ.
Nevada Bar No. 7482
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9330
Facsimile: (702) 255-2858
Email: rschumacher@grsm.com
lbinowitz@grsm.com

*Attorney for Defendants,*
*HAMED GAHANGIRI and MALHI CARRIERS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| GARY HOPKINS; KATHY HOPKINS; Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>HAMED GAHANGIRI; MALHI CARRIERS INC.; DOES I through V; and ROE CORPORATIONS VI through X, inclusive.<br><br>Defendants. | Case No.: 2:18-cv-02262-JAD-NJK |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THIRD CAUSE OF ACTION AND TO STRIKE PUNITIVE DAMAGES' ALLEGATIONS AND PRAYER IN PLAINTIFFS' COMPLAINT**

Defendants HAMED GAHANGIRI and MALHI CARRIERS INC. ("Defendants,") and Plaintiffs GARY HOPKINS and KATHY HOPKINS ("Plaintiffs") by and through their respective counsels, hereby stipulate as follows:

1. Defendants filed their Motion to Dismiss Third Cause of Action and to Strike Punitive Damages' Allegations and Prayer in Plaintiff's Complaint on December 10, 2018 ("Motion") [EFC No. 5]. Plaintiffs filed their response on December 21, 2018 [EFC No. 8]. Defendants' reply is currently due on December 28, 2018. The hearing on Defendants' Motion is set for January 18, 2019.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

2. The Parties stipulate and agree Defendants shall have until **January 11, 2019** to file their reply in support of their Motion to Dismiss Third Cause of Action and to Strike Punitive Damages' Allegations and Prayer in Plaintiffs' Complaint.

3. The Parties do not seek the requested extension for purposes of undue delay, prejudice, or in bad-faith, but solely to provide Defendants' counsel with an adequate opportunity to brief the issues for this Court and accommodate the conflicts in counsel's schedule due to the holidays.

DATED this 27th day of December 2018.

| SIMON LAW | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| */s/ Benjamin J. Miller* <br> DANIEL S. SIMON, ESQ. <br> Nevada Bar No. 4750 <br> BENJAMIN J. MILLER, ESQ. <br> Nevada Bar No. 10406 <br> 810 South Casino Center Boulevard <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiffs* <br> *GARY HOPKINS and KATHY HOPKINS* | */s/ Liane S. Binowitz* <br> ROBERT E. SCHUMACHER, ESQ., <br> Nevada Bar No. 7504 <br> LIANE S. BINOWITZ, ESQ. <br> Nevada Bar No. 7482 <br> 300 South 4th Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br> *Attorney for Defendants,* <br> *HAMED GAHANGIRI and MALHI CARRIERS, INC.* |

**ORDER**

**IT IS SO ORDERED:**

[signature]

**UNITED STATES DISTRICT JUDGE**

DATED: January 2, 2019

-2-