# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY HOPKINS, et al., | Case No.: 2:18-cv-02262-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| HAMED GAHANGIRI, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' discovery plan. Docket No. 15. There are threshold deficiencies with the discovery plan.

First, the parties request an extended discovery period of 270 days but fail to comply with the formatting requirements of Local Rule 26-1(a). Second, the parties fail to make the required certifications. Local Rule 26-1(b)(8). Accordingly, an amended discovery plan shall be filed by January 30, 2019.

IT IS SO ORDERED.

Dated: January 23, 2019

Nancy J. Koppe
United States Magistrate Judge

1