**SAO**
**DANIEL S. SIMON, ESQ.**
Nevada Bar #004750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar #010406
**SIMON LAW**
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
(702) 364-1650
(702) 364-1655 fax
lawyers@simonlawlv.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY HOPKINS;
KATHY HOPKINS;
Husband and Wife;

Plaintiffs,

vs.

HAMED GAHANGIRI; MALHI CARRIERS, INC.; DOES I through V; and ROE CORPORATIONS VI through X, inclusive,

Defendants.

Case No.: 2:18-cv-02262-JAD-NJK

**STIPULATION AND ORDER TO DISMISS PLAINTIFF KATHY HOPKINS**

ECF No. 26

IT IS HEREBY STIPULATED between Plaintiffs GARY HOPKINS and KATHY HOPKINS and Defendants HAMED GAHANGIRI and MALHI CARRIERS, INC., to the above-entitled action, through their undersigned respective counsel of record, that Plaintiff KATHY HOPKINS be dismissed with prejudice, each party to bear their own costs and attorney's fees, except as otherwise agreed.

DATED: __8/28/19__

SIMON LAW

By: __/s/ Benjamin J. Miller__
Benjamin J. Miller, Esq.
Nevada Bar No.: 10406
801 South Casino Center Boulevard
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

DATED: __8/28/19__

GORDON REES SCULLY
MANSUKHANI, LLP

By: __/s/ Liane S. Binowitz__
Liane S. Binowitz, Esq.
Nevada Bar No.: 7482
300 S. Fourth St., Ste. 1550
Las Vegas, NV 89101
Attorney for Defendants

**ORDER**

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that **all claims asserted in this case by KATHY HOPKINS are DISMISSED with prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 28, 2019

SIMON LAW

By: /s/ Benjamin J. Miller
BENJAMIN J. MILLER, ESQ.
Nevada Bar No. 10406
SIMON LAW
810 South Casino Center Blvd.
Las Vegas, Nevada 89101
(702) 364-1650
Attorneys for Plaintiffs