ROBERT E. SCHUMACHER, ESQ
Nevada State Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9330
Facsimile: (702) 255-2858
Email: rschumacher@grsm.com

*Attorney for Defendants,*
*HAMED GAHANGIRI and MALHI CARRIERS INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| GARY HOPKINS; KATHY HOPKINS; Husband and Wife, <br><br> Plaintiffs, <br><br> vs. <br><br> HAMED GAHANGIRI; MALHI CARRIERS INC.; DOES I through V; and ROE CORPORATIONS VI through X, inclusive. <br><br> Defendants. | Case No.: 2:18-cv-02262-JAD-NJK <br><br><br> ECF No. 38 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendants, HAMED GAHANGIRI and MALHI CARRIERS INC. ("Defendants" collectively), by and through their attorneys of record ROBERT E. SCHUMACHER, ESQ., of the law firm GORDON REES SCULLY MANSUKHANI LLP and GARY HOPKINS and KATHY HOPKINS ("Plaintiffs" collectively) by and through his attorneys of record, DANIEL S. SIMON, ESQ., and BENJAMIN J. MILLER, ESQ. of the law firm of SIMON LAW, hereby stipulate and agrees as follows:

1. Plaintiffs hereby dismisses their Complaint [ECF 1] and all of action alleged against Defendants with prejudice.

2. This stipulation is intended to resolve all of the claims between Plaintiffs and Defendants. Each party to bear its own fees and costs incurred in this matter.

IT IS SO STIPULATED.

DATED this 27th day of October 2020.       DATED this 27 day of October 2020.

**GORDON REES SCULLY
MANSUKHANI LLP**

_____
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants
Hamed Gahangiri and Malhi
Carriers Inc.*

**SIMON LAW**

_____
DANIEL S. SIMON, ESQ.
Nevada Bar No. 4750
BENJAMIN J. MILLER ESQ.
Nevada Bar No. 10406
810 South Casino Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiffs
Gary Hopkins and Kathy Hopkins*

### ORDER

Based on the parties' stipulation **[ECF No. 38]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 28, 2020

-2-